CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN - 8 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| SCOTT ANDREW MCCAUL,<br>Plaintiff, | ) ) ) | Civil Action No. 7:15-cv-00591 |
| v. | ) ) | **ORDER** |
| DR. MOSES QUINONES, <u>et al.</u>,<br>Defendants. | ) ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** pursuant to 42 U.S.C. § 1997e(c) for failing to state a claim upon which relief may be granted and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 8th day of January, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge